UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DAVID RAY ROBERTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DOLLY MATTEUCI, et al.,<br><br>    Defendants. | Case No. 13-cv-05868-WHO (PR)<br><br>**ORDER GRANTING LEAVE TO FILE AN AMENDED COMPLAINT** |

  This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff Robertson's motion for leave to file a second amended complaint (Docket No. 14) is GRANTED. **Robertson shall file the amended complaint on or before October 1, 2014.** This amended complaint must include the caption and civil case number used in this order (13-5868 WHO (PR)) and the words SECOND AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, Robertson must include in his amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to Robertson.

1  It is Robertson's responsibility to prosecute this case.  He must keep the Court
2 informed of any change of address by filing a separate paper with the clerk headed "Notice
3 of Change of Address."  He must comply with the Court's orders in a timely fashion or ask
4 for an extension of time to do so.  Failure to comply may result in the dismissal of this
5 action pursuant to Federal Rule of Civil Procedure 41(b).
6  His motions for the appointment of counsel (Docket No. 9), and for summary
7 judgment (Docket No. 12), are DENIED without prejudice.  He may refile such motions
8 with his amended complaint.
9  The Clerk shall terminate Docket Nos. 9, 12, and 14.
10  **IT IS SO ORDERED.**
11 **Dated:**  August15, 2014

WILLIAM H. ORRICK
United States District Judge